United States District Court
Southern District of Texas
**ENTERED**
September 19, 2022
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| Erik Garcia, § § *Plaintiff,* § § v. § § Rivergrove Texas Consolidated, L.L.C., § § *Defendant.* § | CIVIL ACTION 4:22–cv–00140 |

### CONDITIONAL DISMISSAL ORDER

The Court has been advised that a settlement has been reached between the parties. Accordingly, it is hereby

**ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE** to reinstatement of Plaintiff's claims, unless any party represents in writing filed with the Court on or before **October 19, 2022** that the settlement could not be completely documented.

All pending motions are hereby **DENIED, as moot.**

Signed the 19th of September 2022.

_____
George C. Hanks, Jr.
United States District Judge